IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA SWANSON,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>　　　　　　　Defendant. | 8:18CV473<br><br>**AMENDED PROGRESSION ORDER** |

　　　The parties have filed a Joint Motion for Extension of Remaining Deadlines. ([Filing No. 17](#)). The motion is granted.

　　　Accordingly,

　　　IT IS ORDERED that the final progression order is amended as follows:

1)　　The trial setting is vacated.

2)　　A telephonic conference to discuss the status of case progression, whether the parties are contemplating alternative dispute resolution, and/or trial setting will be held with the undersigned magistrate judge on **November 19, 2019** at **12:00 p.m. (noon)** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference

3)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 14, 2020** at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on April 10, 2020.

4)　　The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is November 14, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by November 28, 2019

> **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deposition deadline is November 14, 2019.

6) The deadline for filing motions to dismiss and motions for summary judgment is December 16, 2019.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 20, 2020.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 27th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge